Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON - AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. C05-1386C |
| v. | ) ORDER |
| JOHN A. ROMAN; GLOBAL HEALINGS SOCIETY c/o JOSEPH A. GARDINIER; USSYS, UNINC.; and KING COUNTY, DEPARTMENT OF ASSESSMENTS, | ) |
| Defendants. | ) |

Pending before the Court is the "Motion for Dismissal of Ussys, Uninc." (Dkt. No. 12) filed by Plaintiff the United States of America. Having considered the motion, the submissions, and the applicable law, the Court

ORDERS that the Motion for Dismissal of Ussys, Uninc. is GRANTED and that said Defendant is dismissed from this proceeding, with prejudice.

IT IS SO ORDERED.

//

//

[Proposed] Order

Civ. No. 2:05-cv-01386-JCC

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6422

Honorable John C. Coughenour

Dated this 16th day of December, 2005.

*[signature: John C Coughenour]*

John C. Coughenour

United States District Judge

Respectfully submitted by:

    JOHN McKAY
    United States Attorney

    ROBERT BROUILLARD, WSB #19786
    Assistant United States Attorney

By:   /s/ Richard A. Latterell
    RICHARD A. LATTERELL
    State Bar Number 0323809 (MN)
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044-0683
    Telephone: (202) 307-6422
    Email: Richard.A.Latterell@usdoj.gov

    Attorneys for the United States

[Proposed] Order

Civ. No. 2:05-cv-01386-JCC

- 2 -

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6422